## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **MARK TUCKER,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | No.  1:23-CV-00805-DAE |
| | § | |
| **UNUM LIFE INSURANCE** | § | |
| **COMPANY OF AMERICA,** | § | |
| *Defendant* | § | |

## ORDER

Before the Court is Plaintiff Mark Tucker's Motion to Compel Discovery Responses, Dkt. 21. The District Judge referred the motion to the undersigned for disposition. The Court set the motion for hearing and ordered the parties to confer in advance of that hearing and file a joint advisory informing the Court of any resolution of issues teed up in the motion. Dkt. 25. The parties' advisory indicated several agreements, leaving three categories of discovery requests to be decided at the hearing. *See* Dkt. 26. After considering the parties' filings, the applicable law, and the arguments made at the hearing, the Court announced its ruling, and the reasons for that ruling, on the record. This written order memorializes that oral ruling.

For the reasons stated on the record, the Court **DENIES** Plaintiff Mark Tucker's Motion to Compel Discovery Responses, Dkt. 21.

1

SIGNED August 22, 2024.

                                 DUSTIN M. HOWELL
                                 UNITED STATES MAGISTRATE JUDGE