IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MARK TUCKER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No. 1:23-CV-00805-DAE |
| § | |
| UNUM LIFE INSURANCE COMPANY § | |
| OF AMERICA, § | |
| § | |
| Defendant. § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Mark Tucker and Defendant Unum Life Insurance Company of America (together, the "Parties") have announced to the Court that the matters in controversy between and among them have been settled and that the consideration therefor has been paid in full and received. In accordance with the Stipulation of Dismissal with Prejudice filed by the Parties, it is

ORDERED that all claims, demands, debts, or causes of action asserted or assertable in the lawsuit are DISMISSED WITH PREJUDICE; it is further

ORDERED that all attorneys' fees, expenses, and court costs be borne by the party incurring them. The clerk is ORDERED to CLOSE the case.

Signed: October 31, 2024.

_____
David Alan Ezra
Senior United States District Judge

AGREED ORDER OF DISMISSAL WITH PREJUDICE - Page 1